1  **SAMUEL & SAMUEL**
   5050 Sunrise Boulevard, Suite C1
2  Fair Oaks, California 95628

3  Telephone: (916) 966-4722
   Facsimile: (916) 962-2219
4
   Carl R. Samuel #064941
5  Peter F. Samuel #072503

6  **SAGASER, JONES & HELSLEY**
   2445 Capitol Street, 2nd Floor
7  Post Office Box 1632
   Fresno, California 93717-1632
8
   Telephone: (559) 233-4800
9  Facsimile: (559) 233-9330

10 Howard A. Sagaser #072492

11

12 Attorneys for:   Defendants Rex Nederend and Sheri Nederend dba Northstar Dairy,
                    Wildwood Farms, and Freeway Associates
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16                          **FRESNO DIVISION**

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>REX NEDEREND and SHERI NEDEREND, dba NORTHSTAR DAIRY, WILDWOOD FARMS, and FREEWAY ASSOCIATES,<br><br>Defendants. | Case No. 1-08 CV-01099-0WW-SMS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Hearing date: Feb. 9, 2009<br>Hearing time: 10:00AM<br>Department: 3<br>Judge: Wanger |

26 ///
27 ///
28 ///

{5615/001/00230412.DOC}                          1

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on Monday, February 9, 2009, at 10:00 a.m., this matter will be heard in Courtroom 3 of the above Court located at 2500 Tulare Street, Fresno, California, Defendants Rex and Sheri Nederend, doing business as "Northstar Dairy", will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(1) for an order dismissing this action on the ground that the Court lacks subject matter jurisdiction, and pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

      This motion is based on this Notice, the Memorandum of Points and Authorities and the Declarations of Rex and Sheri Nederend, all filed and served herewith, and on all pleadings and papers on file in this action and on such further evidence and argument as the Court may consider at the hearing.

DATED: November ___, 2008

SAGASER, JONES & HELSLEY

By_____
Howard A. Sagaser, Attorneys for
Defendants Rex Nederend and
Sheri Nederend dba Northstar Dairy,
Wildwood Farms, and Freeway Associates