CARL R. SAMUEL, BAR NO. 064941
PETER F. SAMUEL, BAR NO. 072503
SAMUEL & SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Telephone:   (916) 966-4722
Facsimile:    (916) 962-2219

HOWARD A. SAGASER, BAR NO 72492
SAGASER, JONES & HELSLEY
PO Box 1632
Fresno, CA 93717
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Defendants,
Rex Nederend, Sheri Nederend dba
"Northstar Dairy", "Wildwood Farms"
and "Freeway Associates"

STAN S. MALLISON SBN 184191
HECTOR MARTINEZ SBN 206340
MARCO A. PALAU, SBN 242340
MALLISON & MARTINEZ
1042 Brown Ave
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

Attorneys for Plaintiffs,
OCTAVIO ALVARADO,
PABLO MARTINEZ, OMAR GOMEZ,
DANIEL GOMEZ, JOSE DE JESUS
GARCIA, on behalf of themselves
and all other similarly situated individuals

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals | CASE NUMBER: 1:08 CV-01099-OWW-SMS |
| Plaintiffs, | STIPULATION ON INTERIM EXTENSION OF TIME TO FILE COMPLAINT |
| v. | |
| REX NEDEREND and SHERI NEDEREND (dba "Northstar Dairy", "Wildwood Farms" | |

PDF created with pdfFactory trial version www.pdffactory.com

1  "Freeway Associates")

2                     Defendants.

3

4          Plaintiffs OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL

5  GOMEZ, JOSE DE JESUS GARCIA, ("Plaintiffs") and Defendants REX NEDEREND and

6  SHERI NEDEREND (dba "Northstar Dairy", "Wildwood Farms" "Freeway Associates")

7  ("Defendants"), by and through their respective attorneys of record hereby agree as follows:

8          The parties are negotiating over discovery issues, a protective order and issues related to

9  the Court's February 27, 2009 order granting Plaintiffs leave to amend the complaint. The

10 parties agree that additional time is required to agree on an appropriate protective order and to

11 meet and confer over issues relating to the amendment ordered by the Court on February 27,

12 2009.

13         IT IS THEREFORE STIPULATED that Plaintiffs' deadline to amend their complaint is

14 hereby extended to May 12, 2009.

15

16 DATED:  April 24, 2009                 SAGASER, JONES & HELSLEY

17

18                                        By____/s/ Howard A. Sagaser_____
                                              HOWARD A. SAGASER,
19                                            Attorneys for Defendants,
                                              Rex Nederend, Sheri Nederend dba
20                                            "Northstar Dairy", "Wildwood Farms" and
                                              "Freeway Associates
21

22 DATED:  April 24, 2009                 SAMUEL & SAMUEL

23

24                                        By:  __/s/ Carl R. Samuel_____
                                              CARL R. SAMUEL
25                                            Attorneys for Defendants,
                                              Rex Nederend, Sheri Nederend dba
26                                            "Northstar Dairy", "Wildwood Farms" and
                                              "Freeway Associates
27

28 DATED:  April 24, 2009                 MALLISON & MARTINEZ

PDF created with pdfFactory trial version www.pdffactory.com

By:   /s/ Marco A. Palau
MARCO A.PALAU
Attorney for Plaintiffs,
OCTAVIO ALVARADO, PABLO
MARTINEZ, OMAR GOMEZ, DANIEL
GOMEZ, JOSE DE JESUS GARCIA, on
behalf of themselves and all other similarly
situated individuals
1042 Brown Avenue
Lafayette, Ca. 94549

Pursuant to the stipulation of the parties and good cause appearing:

**ORDER**

Plaintiffs' deadline to amend their complaint is May 21, 2009.


**IT IS SO ORDERED**.


DATED:  April 27, 2009                /s/ OLIVER W. WANGER
                                     Judge of the United States
                                     District Court, Eastern District

PDF created with pdfFactory trial version www.pdffactory.com