Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: 925.283.3842
Facsimile: 925.283.3426
stanm@mallisonlaw.com
hectorm@mallisonlaw.com
mpalau@themmlawfirm.com

Attorneys for Plaintiffs

Carl R. Smuel (SBN 064941)
Peter F. Samuel (SBN 072503)
SAMUEL & SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Telephone:  (916) 966-4722
Facsimile:    (916) 962-2219

Howard A. Sagaser (SBN 72492)
SAGASER, JONES & HELSLEY
PO Box 1632
Fresno, CA 93717
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFF,<br><br>vs.<br><br><br>REX NEDEREND AND SHERI NEDEREND (dba "Northstar Dairy," "Wildwood Farms," "Freeway Associates")<br>DEFENDANTS. | Case No. 1:08-cv-01099-OWW-SMS<br><br>*[Class Action]*<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION**<br><br><br><br><br><br>*Honorable Oliver W. Wanger* |

## JOINT STIPULATION

Plaintiffs Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez and Jose de Jesus Garcia ("Plaintiffs"), and Defendants Rex and Sheri Nederend ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties to the action hereby agree to mediate the case and to stay the case pending mediation for 120 calendar days from the date the Order is signed, except as described below.

2. The parties agree that, in the interest of avoiding unnecessary attorney time and expense associated with the review of voluminous paper documents, and pursuant to the Federal rules requiring production of information in electronic form, Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members to aid the parties in preparing and conducting mediation. To the extent that this time and payroll data contains confidential information of putative class members, such information shall be governed by the Protective Order in place in this case and may be redacted in conformance with said Protective Order.

3. The time for Plaintiffs to file an amended complaint is extended until 20 days after the stay expires.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 28, 2009                    SAGASER, JONES & HELSLEY

                                             By   /s/ Howard A. Sagaser
                                               HOWARD A. SAGASER,
                                               Attorneys for Defendants,
                                               Rex Nederend, Sheri Nederend dba
                                               "Northstar Dairy", "Wildwood Farms" and
                                               "Freeway Associates

DATED: September 31, 2009                    SAMUEL & SAMUEL

                                             By:    /s/ Carl R. Samuel
                                               CARL R. SAMUEL
                                               Attorneys for Defendants,

| | |
|---|---|
| 1 | Rex Nederend, Sheri Nederend dba |
| 2 | "Northstar Dairy", "Wildwood Farms" and "Freeway Associates |

DATED:  September 31, 2009          MALLISON & MARTINEZ

By:  __/s/ Marco A. Palau_____
MARCO A. PALAU
Attorney for Plaintiffs,
Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez, Jose de Jesus Garcia, on behalf of themselves and all other similarly situated individuals
1042 Brown Avenue
Lafayette, Ca. 94549

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. This action is stayed, except as described below, for 120 days for purposes of completing mediation.

2. Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members.

3. Confidential information of putative class members that is contained in the time and payroll database shall be subject to the Protective Order in place in this case and may be redacted in conformance with said Protective Order.

4. The time for Plaintiffs to file an amended complaint is extended until 20 days after the stay expires.

DATED:   September 1, 2009            /s/ Sandra M. Snyder
                                      CHIEF UNITED STATES MAGISTRATE JUDGE