Carl R. Samuel, SBN # 064941
Peter F. Samuel, SBN # 072503
SAMUEL & SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Telephone:  (916) 966-4722
Facsimile:    (916) 962-2219

Michael S. Helsley, Bar No. 199103
JONES HELSLEY PC
8365 North Fresno Street, Third Floor, # 310
PO Box 28340
Fresno, CA 93729
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

ATTORNEYS FOR DEFENDANTS,
REX NEDEREND, SHERI NEDEREND DBA
"NORTHSTAR DAIRY", "WILDWOOD FARMS"
AND "FREEWAY ASSOCIATES"

Marco A. Palau, Bar No. 242340
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Ave
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile:  (925) 283-3426

Attorneys for Plaintiffs,
OCTAVIO ALVARADO,
PABLO MARTINEZ, OMAR GOMEZ,
DANIEL GOMEZ, JOSE DE JESUS
GARCIA, on behalf of themselves
and all other similarly situated individuals

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals<br><br>Plaintiffs,<br>v.<br>REX NEDEREND and SHERI NEDEREND (dba "Northstar Dairy", "Wildwood Farms" "Freeway Associates")<br>Defendants. | Case No: 1:08 CV-01099- 0WW-SMS<br><br>SECOND STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION<br><br><br><br><br><br><br><br>Judge:  The Honorable Oliver W. Wanger |

{5615/011/00247746.DOC}                              1
Second Stipulation and Order To Stay Action Pending Mediation

PDF created with pdfFactory trial version www.pdffactory.com

**JOINT STIPULATION**

Plaintiffs Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez and Jose de Jesus Garcia ("Plaintiffs"), and Defendants Rex and Sheri Nederend ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 1, 2009, this Court granted a stipulation, and ordered that this action be stayed for 120 days for purposes of completing mediation; that Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members; that the database shall be subject to the Protective Order in place in this case; and that the time for Plaintiffs to file an amended complaint was extended until 20 days after the stay expired. A true and correct copy of the September 1, 2009, Stipulation Stay Pending Mediation and Order ("Stipulation") is attached hereto as Exhibit "A".

2. Due to events beyond the parties control, mediation has not been completed, nor have Defendants provided the payroll information pursuant to the Stipulation.

3. On January 19, 2010, Plaintiffs filed an Amended Complaint.

4. The parties to the action still desire to mediate the matter, and stay the action in accordance to the September 1, 2009, Stipulation.

5. As such, the parties to the action will mediate the case and agree to stay the case pending mediation for 90 calendar days from the date the Order is signed, except as described below.

6. In the interest of avoiding unnecessary attorney time and expense associated with the review of voluminous paper documents, and pursuant to the Federal rules requiring production of information in electronic form, Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members to aid the parties in preparing and conducting mediation. To the extent that this time and payroll data contains confidential information of putative class members, such information shall be governed by the Protective Order in place in this case and may be redacted in conformance with said Protective Order.

PDF created with pdfFactory trial version www.pdffactory.com

7. The time for Defendants to file an Answer to the January 19, 2010 Amended Complaint is extended until 10 days after the stay expires.

DATED: February 3, 2010        **JONES HELSLEY PC**

By: /s/ Michael S. Helsley
   MICHAEL S. HELSLEY, Attorneys for Defendants, Rex Nederend, Sheri Nederend dba "Northstar Dairy", "Wildwood Farms" and "Freeway Associates

DATED: February 3, 2010        **SAMUEL & SAMUEL**

By: /s/ Carl R. Samuel
   CARL R. SAMUEL, Attorneys for Defendants, Rex Nederend, Sheri Nederend dba "Northstar Dairy", "Wildwood Farms" and "Freeway Associates

DATED: February 3, 2010        **MALLISON & MARTINEZ**

By: /s/ Marco A. Palau
   MARCO A. PALAU, Attorney for Plaintiffs, Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez, Jose de Jesus Garcia, on behalf of themselves and all other similarly situated individuals, 1042 Brown Avenue Lafayette, Ca. 94549

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. This action is stayed, except as described below, for 90 days for purposes of completing mediation.

2. Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members.

3. Confidential information of putative class members that is contained in the time and payroll database shall be subject to the Protective Order in place in this case and may be redacted in conformance with said Protective Order.

4. The time for Defendants to file an Answer to the January 19, 2010, Amended Complaint is extended until 10 days after the stay expires.

DATED: February 5, 2010 _____

                /s/ OLIVER W. WANGER
                UNITED STATES SENIOR DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com