# EXHIBIT A

**STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION**

(Filed: 09/01/09)

1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   LAW OFFICES OF MALLISON & MARTINEZ
3  1042 Brown Avenue
   Lafayette, CA 94549
4  Telephone: 925.283.3842
   Facsimile: 925.283.3426
5  stanm@mallisonlaw.com
   hectorm@mallisonlaw.com
6  mpalau@themmlawfirm.com

7  Attorneys for Plaintiffs

8  Carl R. Smuel (SBN 064941)
   Peter F. Samuel (SBN 072503)
9  SAMUEL & SAMUEL
   5050 Sunrise Boulevard, Suite C-1
10 Fair Oaks, CA 95628
11 Telephone:  (916) 966-4722
   Facsimile:   (916) 962-2219
12
   Howard A. Sagaser (SBN 72492)
13 SAGASER, JONES & HELSLEY
   PO Box 1632
14 Fresno, CA 93717
15 Telephone: (559) 233-4800
   Facsimile:  (559) 233-9330
16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFF,<br><br>vs.<br><br>REX NEDEREND AND SHERI NEDEREND (dba "Northstar Dairy," "Wildwood Farms," "Freeway Associates")<br>DEFENDANTS. | Case No. 1:08-cv-01099-OWW-SMS<br><br>*[Class Action]*<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION**<br><br><br><br>*Honorable Oliver W. Wanger* |

### JOINT STIPULATION

Plaintiffs Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez and Jose de Jesus Garcia ("Plaintiffs"), and Defendants Rex and Sheri Nederend ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties to the action hereby agree to mediate the case and to stay the case pending mediation for 120 calendar days from the date the Order is signed, except as described below.

2. The parties agree that, in the interest of avoiding unnecessary attorney time and expense associated with the review of voluminous paper documents, and pursuant to the Federal rules requiring production of information in electronic form, Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members to aid the parties in preparing and conducting mediation. To the extent that this time and payroll data contains confidential information of putative class members, such information shall be governed by the Protective Order in place in this case and may be redacted in conformance with said Protective Order.

3. The time for Plaintiffs to file an amended complaint is extended until 20 days after the stay expires.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 28, 2009                     SAGASER, JONES & HELSLEY

By   /s/ Howard A. Sagaser
HOWARD A. SAGASER,
Attorneys for Defendants,
Rex Nederend, Sheri Nederend dba
"Northstar Dairy", "Wildwood Farms" and
"Freeway Associates

DATED: September 31, 2009                     SAMUEL & SAMUEL

By:   /s/ Carl R. Samuel
CARL R. SAMUEL
Attorneys for Defendants,

1  Rex Nederend, Sheri Nederend dba
2  "Northstar Dairy", "Wildwood Farms" and
   "Freeway Associates
3
4
5  DATED: September 31, 2009          MALLISON & MARTINEZ
6
7                                     By:  /s/ Marco A. Palau
                                           MARCO A. PALAU
8                                          Attorney for Plaintiffs,
                                           Octavio Alvarado, Pablo Martinez, Omar Gomez,
9                                          Daniel Gomez, Jose de Jesus Garcia, on behalf of
                                           themselves and all other similarly situated
10                                         individuals
                                           1042 Brown Avenue
11                                         Lafayette, Ca. 94549

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. This action is stayed, except as described below, for 120 days for purposes of completing mediation.

2. Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members.

3. Confidential information of putative class members that is contained in the time and payroll database shall be subject to the Protective Order in place in this case and may be redacted in conformance with said Protective Order.

4. The time for Plaintiffs to file an amended complaint is extended until 20 days after the stay expires.

DATED: September 1, 2009        /s/ Sandra M. Snyder
                                CHIEF UNITED STATES MAGISTRATE JUDGE