Carl R. Samuel, SBN # 064941
Peter F. Samuel, SBN # 072503
**SAMUEL & SAMUEL**
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Telephone:   (916) 966-4722
Facsimile:   (916) 962-2219

Michael S. Helsley, SBN# 199103
**JONES HELSLEY PC**
8365 North Fresno Street, Third Floor, # 310
PO Box 28340
Fresno, CA 93729
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

Attorneys For Defendants,
REX NEDEREND, SHERI NEDEREND DBA
"NORTHSTAR DAIRY", "WILDWOOD FARMS"
AND "FREEWAY ASSOCIATES"

Stanley S. Mallison, SBN# 184191
Marco A. Palau, SBN# 242340
**MALLISON AND MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:  (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs,
OCTAVIO ALVARADO,
PABLO MARTINEZ, OMAR GOMEZ,
DANIEL GOMEZ, JOSE DE JESUS
GARCIA, on behalf of themselves
and all other similarly situated individuals

## IN THE UNITED STATED DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals <br><br> Plaintiffs, <br> v. <br> REX NEDEREND and SHERI NEDEREND (dba "Northstar Dairy", "Wildwood Farms" "Freeway Associates") <br><br> Defendants. | Case No: 1:08 CV-01099- 0WW-SMS <br><br> THIRD STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION <br><br><br><br> Judge:  The Honorable Oliver W. Wanger |

**JOINT STIPULATION**

Plaintiffs Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez and Jose de Jesus Garcia ("Plaintiffs"), and Defendants Rex and Sheri Nederend ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      On February 5, 2010, this Court granted a Second Stipulation, and ordered that this action be stayed for 90 days from the signed order for purposes of completing mediation; that Defendants shall make best efforts to produce, at least 30 days before mediation, a database in native form containing time and payroll information of putative class members; that the database shall be subject to the Protective Order in place in this case; and that the time for Plaintiffs to file an amended complaint was extended until 20 days after the stay expired.   A true and correct copy of the February 5, 2010, Second Stipulation Stay Pending Mediation and Order ("Stipulation") is attached hereto as Exhibit "A".

2.      Since the Second Stipulation, Defendants provided to Plaintiffs the payroll information pursuant to the Second Stipulation.  In addition, a mediation date has been set for July 6, 2010, with Retired Judge Raul A. Ramirez, which is the earliest date that is available for Judge Ramirez and the Parties.

3.      On January 19, 2010, Plaintiffs filed an Amended Complaint.

4.      The Parties to the action desire to mediate the matter on July 6, 2010, and stay the action in accordance to this Third Stipulation in an effort to resolve the case.

5.      As such, the Parties to the action will mediate the case on July 6, 2010, and agree to stay the case for 10 calendar days after the mediation date.

6.      The time for Defendants to file an Answer to the January 19, 2010 Amended Complaint is extended until 10 days after the stay expires.

// // //

// // //

// // //

// // //

// // //

// // //

7.      In addition, based upon this Third Stipulation, the date to which the Joint Scheduling Conference Statement is to be filed by the Parties on May 13, 2010, is also vacated.

DATED:  May 11, 2010                    **JONES HELSLEY PC**


By:__/s/ Michael S. Helsley_____
    MICHAEL S. HELSLEY, Attorneys for
    Defendants,Rex Nederend, Sheri Nederend dba
    "Northstar Dairy", "Wildwood Farms" and
    "Freeway Associates

DATED:  May 11, 2010                    **SAMUEL & SAMUEL**


By: __/s/ Carl R. Samuel_____
    CARL R. SAMUEL, Attorneys for Defendants,
    Rex Nederend, Sheri Nederend dba "Northstar
    Dairy", "Wildwood Farms" and "Freeway
    Associates

DATED:  May 12, 2010                    **MALLISON & MARTINEZ**


By: __/s/ Stan S. Mallison_____
    STAN S. MALLISON, Attorney for Plaintiffs,
    Octavio Alvarado, Pablo Martinez, Omar
    Gomez, Daniel Gomez, Jose de Jesus Garcia,
    on behalf of themselves and all other similarly
    situated individuals

PURSUANT TO STIPULATION, IT IS SO ORDERED:

  1.  This action is stayed for purposes of completing mediation.

  2.  The time for Defendants to file an Answer to the January 19, 2010, Amended Complaint is extended until 10 days after the July 6, 2010, mediation date.

  3.  In addition, the date to which the Joint Scheduling Conference Statement is to be filed by the Parties on May 13, 2010, is also vacated.

IT IS SO ORDERED.

Dated: __May 13, 2010__    _____/s/ Oliver W. Wanger__
                   UNITED STATES DISTRICT JUDGE