1 Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
2 Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
3 MALLISON & MARTINEZ
1939 Harrison Street, Ste. 730
4 Oakland, CA 94612
Telephone: 510.832.9999
5 Facsimile:  510.832.1101

6 Attorneys for Plaintiffs

7 Carl R. Samuel (SBN 064941)
Peter F. Samuel (SBN 072503)
8 SAMUEL and SAMUEL
5050 Sunrise Boulevard, Suite C-1
9 Fair Oaks, CA 95628
Telephone:   (916) 966-4722
10 Facsimile:    (916) 962-2219

11

12 Michael S. Helsley (SBN 199103)
JONES HELSLEY, P.C.
13 PO Box 28340
Fresno, CA  93720
14 Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
15

16 Attorneys for Defendants
Rex Nederend, Sheri Nederend dba
17 "Northstar Dairy", "Wildwood Farms" and "Freeway Associates

18

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

21 OCTAVIO ALVARADO, PABLO MARTINEZ,          Case No. 1:08-cv-01099-OWW-SMS
OMAR GOMEZ, DANIEL GOMEZ, JOSE DE
22 JESUS GARCIA, on behalf of themselves and all      *[Class Action]*
other similarly situated individuals,
23                                                    **FOURTH STIPULATION AND ORDER**
                                                      **TO CONTINUE THE SCHEDULING**
24                    PLAINTIFF,                      **CONFERENCE**

25          vs.                                       *Honorable Oliver W. Wanger*

26 REX NEDEREND AND SHERI NEDEREND
(dba "Northstar Dairy," "Wildwood Farms,"
27 "Freeway Associates")
                    DEFENDANTS.
28

LAW OFFICES OF
MALLISON &
MARTINEZ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JOINT STIPULATION

Plaintiffs Octavio Alvarado, Pablo Martinez, Omar Gomez, Daniel Gomez and Jose de Jesus Garcia ("Plaintiffs"), and Defendants Rex and Sheri Nederend ("Defendants"), haved completed one day of mediation on July 6, 2010 with Judge Ramirez.  The parties believe that they made significant progress, however, additional data was needed to resolve factual issues.  As such, the parties have agreed to an additional mediation on August 26, 2010.  The parties believe it would be best if during this time period, that the parties and the court be relieved from deadlines for a time sufficient to conduct this second mediation.  Therefore, by and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1.    The parties to the action hereby stipulate to extend all deadlines for 60 days, in accordance with Local Rule 143 (Fed. R. Civ. P. 83).

2.    Defendants' Response to Plaintiffs' Amended Complaint previously due July 16, 2010 will be moved to September 16, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  July 23, 2010          MALLISON & MARTINEZ

By:    /S/ Stan S. Mallison

STAN S. MALLISON
Attorney for Plaintiffs,
Octavio Alvarado, Pablo Martinez, Omar Gomez,
Daniel Gomez, Jose de Jesus Garcia, on behalf of
themselves and all other similarly situated
individuals

DATED:  July 23, 2010          JONES HELSLEY, P.C.

By:    /S/ Michael S. Helsley
MICHAEL S. HELSLEY
Attorneys for Defendants,
Rex Nederend, Sheri Nederend dba
"Northstar Dairy", "Wildwood Farms" and
"Freeway Associates

LAW OFFICES OF
MALLISON &
MARTINEZ

- 2 -

1    DATED:  July 23, 2010                    SAMUEL and SAMUEL

2

3                                             By:  _____/S/ Peter F. Samuel_____
                                                   PETER F.  SAMUEL
4                                                  Attorneys for Defendants,
                                                   Rex Nederend, Sheri Nederend dba
5                                                  "Northstar Dairy", "Wildwood Farms" and
                                                   "Freeway Associates"

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Suite A
Lafayette, CA  94549
925.245.3842

Fourth Stipulation & Order to Continue Scheduling Conference          Case No. 1:08-cv-01099-OWW-SMS

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

1.  Good cause appearing, Parties are hereby allowed to extend all deadlines for 60 days, in accordance with Local Rule 143 (Fed. R. Civ. P. 83).

4

5

2.  Defendants' Response to Plaintiff's' Amended Complaint is due on September 16, 2010.

6

7

3.  Initial Scheduling Conference is set for 12/3/2010 at 08:15 AM in Courtroom 3 before Judge

8

Oliver W. Wanger. Joint Scheduling Conference Statements are required and must be

9

electronically filed in CM/ECF 7 days before the hearing date and shall be emailed, in

10

WordPerfect or Word format, to owworders@caed.uscourts.gov.

11

12

13

14

15

IT IS SO ORDERED.

16

Dated:   __**July 26, 2010**__                       _____**/s/ Oliver W. Wanger**

17

                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MALLISON &
MARTINEZ