Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
1939 Harrison Street, Ste. 730
Oakland, CA 94612
Telephone: 510.832.9999
Facsimile:  510.832.1101
stanm@mallisonlaw.com
hectorm@mallisonlaw.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| OCTAVIO ALVARADO, PABLO MARTINEZ, OMAR GOMEZ, DANIEL GOMEZ, JOSE DE JESUS GARCIA, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFF,<br><br>vs.<br><br>REX NEDEREND AND SHERI NEDEREND (dba "Northstar Dairy," "Wildwood Farms," "Freeway Associates")<br><br>DEFENDANTS. | No. 1:08-cv-01099-OWW-MJS<br><br>**STIPULATION AND ORDER REQUEST FOR ALTERED SCHEDULE FOR NOTICE AND FINAL APPROVAL OF CLASS SETTLEMENT** |

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereby stipulate and request an order altering the schedule for notice and final approval as follows:

The parties have recently been informed that the notice materials were not timely mailed to class members pursuant to this court's January 27, 2011 order. The parties are working with the claims administrator Simpluris Inc. to cure this problem. However, the schedule that was previously approved by this court must be altered as it can no longer be achieved.

Plaintiffs propose the following altered schedule for notice and final approval of the Settlement:

| Date | Event |
|---|---|
| 3/1/11 | Settlement Administrator to mail Notice Packets to all Class Members |
| 3/22/11 | Date for Settlement Administrator to contact Class Members who have not submitted Claim Forms to remind them of the of the upcoming deadline |
| 4/4/11 | Last day for Class Members to comment on or object to Settlement (more than 30 days after mailing of Notice Packets), to mail valid Elections Not to Participate in Settlement, and to mail valid claims for Settlement Shares (more than 30 days after mailing of Notice Packets) |
| 4/11/11 | Last day for Settlement Administrator to report to parties on Class Members who have elected not to participate in Settlement or who have submitted claims (7 days after the deadline for submission of Elections Not to Participate in Settlement and Claims Forms) |
| 4/11/11 | Last day for Settlement Administrator to serve on the parties and file with the Court statement of due diligence in complying with its obligations under the settlement. |
| 4/21/11 | Due date for motion for final approval of settlement and plaintiff's separate motion for class representative fee and class counsel's attorneys' fees and expenses |
| 5/02/11 | Final approval hearing |
| 6/03/11 | Initial Scheduling Conference |

The above dates roughly tracks the original schedule but adds approximately four weeks to all dates.

PDF created with pdfFactory trial version www.pdffactory.com

1  
2    SO STIPULATED:  
3  
4    Dated: February 25, 2011          MALLISON & MARTINEZ  
5  
6                                      By:   /s/ Stan Mallison_____  
                                         Stan S. Mallison  
7                                        Hector R. Martinez  
                                         Marco A. Palau  
8                                       Attorneys for Plaintiffs  
9  
10   Dated: February 25, 2011          SAMUEL AND SAMUEL  
11  
12                                      By:   /s/  Carl Samuel_____  
13                                      Attorneys for Defendants  

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the stipulation and good cause appearing therefore,

IT IS ORDERED:

That the Court's January 27, 2011 order be amended.  The new deadlines are as follows:

| Date | Event |
| --- | --- |
| 3/1/11 | Settlement Administrator to mail Notice Packets to all Class Members |
| 3/22/11 | Date for Settlement Administrator to contact Class Members who have not submitted Claim Forms to remind them of the of the upcoming deadline |
| 4/4/11 | Last day for Class Members to comment on or object to Settlement (more than 30 days after mailing of Notice Packets), to mail valid Elections Not to Participate in Settlement, and to mail valid claims for Settlement Shares (more than 30 days after mailing of Notice Packets) |
| 4/11/11 | Last day for Settlement Administrator to report to parties on Class Members who have elected not to participate in Settlement or who have submitted claims (7 days after the deadline for submission of Elections Not to Participate in Settlement and Claims Forms) |
| 4/11/11 | Last day for Settlement Administrator to serve on the parties and file with the Court statement of due diligence in complying with its obligations under the settlement. |
| 4/21/11 | Due date for motion for final approval of settlement and plaintiff's separate motion for class representative fee and class counsel's attorneys' fees and expenses |
| 5/02/11 | Final approval hearing |
| 6/03/11 | Initial Scheduling Conference |

**IT IS SO ORDERED.**

Dated:  February 25, 2011.          /s/ OLIVER W. WANGER
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com